**Fill in this information to identify the case:**

Debtor 1 _____Janet L. Seitz_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Missouri

Case number   14-47107-659_____

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae")

**Court claim no.** (if known): 7_____

**Last 4 digits** of any number you use to identify the debtor's account:   5  6  3  5

**Date of payment change:**
Must be at least 21 days after date of this notice    06/01/2017

**New total payment:**   $ _____826.08
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment:  $ _____578.16         New escrow payment:  $ _____466.36

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%         New interest rate: _____%

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (*Court approval may be required before the payment change can take effect.*)

      Reason for change: _____

      Current mortgage payment: $ _____   New mortgage payment: $ _____

| Debtor 1 | Janet L. Seitz | Case number *(if known)* 14-47107-659 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Jonathon B. Burford
Signature

Date 05/08/2017

Print: Jonathon B. Burford
First Name   Middle Name   Last Name

Title Attorney for Creditor

Company Kozeny and McCubbin, L.C.

Address 12400 Olive Blvd., Ste. 555
Number   Street

St. Louis   MO   63141
City   State   ZIP Code

Contact phone (314)991-0255

Email edmo@km-law.com

---

**The "current escrow" referenced on the attached exhibit corresponds to the last payment which was made contractually. The "escrow" referenced in the New Payment Effective Change corresponds to the escrow amount required at the time of the most recent payment change.

**seterus**™
PO Box 1077
Hartford, CT 06143-1077

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

JANET L SEITZ
1601 TWELVE OAKS PL
PEVELY MO  63070-1332

| ESCROW ACCOUNT STATEMENT | |
|---|---|
| Analysis Date: | 04/24/17 |
| Loan Number: | |
| **Current Payment** | **New Payment Effective 06/01/17** |
| Principal and Interest  $359.72 | Principal and Interest*  $359.72 |
| Escrow  $585.51 | Escrow  $434.25 |
| | Escrow Shortage or Deficiency  $32.11 |
| Total Current Payment  $945.23 | Total NEW Payment*  $826.08 |
| * The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments. | |

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on September 8, 2014. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS June 2017 to May 2018 | |
|---|---|
| COUNTY | $3,402.95 |
| HAZARD INS | $1,808.00 |
| **Total Disbursements** | **$5,210.95** |

Bankruptcy File Date  September 8, 2014

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date  $0.00

*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

**Beginning balance = Starting balance less any unpaid escrow disbursements

ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $195.89 |
| Post Petition Beg Bal* | | | | $195.89 |
| 06/01/2017 | 434.25 | 0.00 | | 630.14 |
| 07/01/2017 | 434.25 | 0.00 | | 1,064.39 |
| 08/01/2017 | 434.25 | 0.00 | | 1,498.64 |
| 09/01/2017 | 434.25 | 0.00 | | 1,932.89 |
| 10/01/2017 | 434.25 | 0.00 | | 2,367.14 |
| 11/01/2017 | 434.25 | 0.00 | | 2,801.39 |
| 12/01/2017 | 434.25 | 3,402.95- | COUNTY | 167.31- |
| 01/01/2018 | 434.25 | 0.00 | | 266.94 |
| 02/01/2018 | 434.25 | 0.00 | | 701.19 |
| 03/01/2018 | 434.25 | 1,808.00- | HAZARD INS | 672.56- |
| 04/01/2018 | 434.25 | 0.00 | | 238.31- |
| 05/01/2018 | 434.25 | 0.00 | | 195.94 |
| **Total** | **$5,211.00** | **$5,210.95-** | | |

The escrow account has a post-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The projected beginning balance of your escrow account is $195.89. Your required beginning balance according to this analysis should be $1736.95. This means you have a shortage and/or deficiency of $1,541.06. For your convenience, we have spread this post-petition shortage and/or deficiency over the next 48 installments and included this amount in your escrow payment.

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $868.50.

# ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from August 2016 to May 2017. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

| | ACTUAL ESCROW ACCOUNT HISTORY | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Payments to Escrow** | | **Payments from Escrow** | | **Description** | **Escrow Balance** | |
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | $2,610.83 | $12,158.56- |
| Date | | | | | | | |
| 08/01/16 | 537.19 | 0.00 * | 102.04- | 102.04- | MORTGAGE INS | 3,045.98 | 12,260.60- |
| 09/01/16 | 537.19 | 0.00 * | 102.04- | 102.04- | MORTGAGE INS | 3,481.13 | 12,362.64- |
| 10/01/16 | 537.19 | 585.51 * | 102.04- | 102.04- | MORTGAGE INS | 3,916.28 | 11,879.17- |
| 11/01/16 | 537.19 | 585.51 * | 102.04- | 102.04- | MORTGAGE INS | 4,351.43 | 11,395.70- |
| 12/01/16 | 537.19 | 0.00 * | 102.04- | 102.04- | MORTGAGE INS | 4,786.58 | 11,497.74- |
| 12/01/16 | 0.00 | 0.00 | 3,395.73- | 3,402.95- * | COUNTY | 1,390.85 | 14,900.69- |
| 01/01/17 | 537.19 | 585.51 * | 102.04- | 102.04- | MORTGAGE INS | 1,826.00 | 14,417.22- |
| 02/01/17 | 537.19 | 0.00 * | 102.04- | 102.04- | MORTGAGE INS | 2,261.15 | 14,519.26- |
| 03/01/17 | 537.19 | 585.51 * | 102.04- | 101.35- * | MORTGAGE INS | 2,696.30 | 14,035.10- |
| 03/01/17 | 0.00 | 0.00 | 1,826.00- | 1,808.00- * | HAZARD INS | 870.30 | 15,843.10- |
| 04/01/17 | 537.19 | 15,562.18 * | 102.04- | 101.35- * | MORTGAGE INS | 1,305.45 | 382.27- |
| 05/01/17 | 537.19 | 0.00 * | 102.04- | 0.00 * | MORTGAGE INS | 1,740.60 | 382.27- |
| **Total** | **$5,371.90** | **$17,904.22** | **$6,242.13-** | **$6,127.93-** | | | |

\* indicates a difference from a previous estimate either in the date or the amount.
\*\* indicates escrow payment made during a period where the loan was paid ahead.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 200, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.

INTERNET REPRINT

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

In Re

**Janet L. Seitz, fka
Janet L. Chasteen,**
    Debtor.

**Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"),** its successors and assigns**,**
    Movant.

v.

**Janet L. Seitz, fka
Janet L. Chasteen,**
    Debtor,

and

**Diana S. Daugherty,** Trustee**,**
    Respondents.

Case No: 14-47107-659

Chapter 13

CERTIFICATE OF SERVICE

Kozeny & McCubbin, L.C.
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
edmo@km-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice of Mortgage Payment Change and a copy of this pleading were served by U.S. First Class Mail the 8th day of May, 2017 to the parties listed below:

Janet L. Seitz
Debtor
1601 Twelve Oaks Place
Pevely, MO 63070



Randall T. Oettle
Attorney for Debtor
12964 Tesson Ferry
Suite B
St. Louis, MO 63128

Diana S. Daugherty
Trustee
PO Box 430908
St. Louis, MO 63143

Office of the US Trustee
U.S. Trustee
111 S. Tenth St., Ste. 6.353
St. Louis, MO 63102

                                        Respectfully submitted,

                                        <u>/s/Jonathon B. Burford</u>
                                        Jonathon B. Burford, #59337MO
                                        H. Joseph Esry, #66708MO
                                        Attorneys for Movant
                                        12400 Olive Blvd., Suite 555
                                        St. Louis, MO 63141
                                        Phone: (314) 991-0255
                                        Fax:  (314) 567-8019
                                        edmo@km-law.com



*KM1135608 7KM*