UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | ) |
| Janet Seitz | ) November 10, 2017 |
|     Debtor, | ) |
| | ) |
| US Bank National Associates | ) Case No. 14-47107-659 |
| as Creditor | ) |
| | ) |
|     Movant, | ) |
| | ) |
| V. | ) Ch. 13 |
| | ) |
| Janet Seitz | ) |
| | ) |
|     Respondent. | ) |

### RESPONSE TO NOTICE OF DEFAULT ON MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW Debtor, Janet Seitz, by and through her counsel, Randall T. Oettle, of R.O.C. Law, Randall Oettle Company, P.C., and for her Response to US Bank National Association's Notice of Default on Motion for Relief from Automatic Stay, states that Debtor's Counsel has been unable to reach the Debtor to discuss these allegations. Debtor's Counsel prays for a hearing to present this matter to the Court.

WHEREFORE, Debtor, Janet Seitz, respectfully requests that US Bank National Association's Notice of Default be denied, alternatively that said Notice be set for hearing before this Court and requests that the Court grant such other and further relief as it deems just under the law and circumstances.

Respectfully submitted,

   /s/ Randall T. Oettle
Randall T. Oettle, MoBar #46820
R.O.C. Law
Randall Oettle Company, P.C.
12964 Tesson Ferry, Suite B
St. Louis, MO  63128

(314) 843-0220 Telephone
(314) 843-0048 Facsimile
ROettle@ROCLaw

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the above Response was served, via electronic notification and via First Class, U.S. Mail, postage prepaid, on this 10th day of Novmber 2017, on the following:

| | |
|---|---|
| James Nelson | Diana S. Daugherty |
| 12400 Olive Blvd., Ste. 555 | U.S. Chapter 13 Trustee–Electronic Notice |
| St. Louis, MO 63141 | |

_____/s/  Randall Oettle_____